**Wendell BANKS, Appellant,**

v.

**Kim PIZZINGRILLI, Secretary of the Commonwealth of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 23, 2000.

Decided Nov. 2, 2000.

Wendell Banks, pro se.

Leonidas Pandeladis, John Thomas Henderson, Harrisburg, for Kim Pizzingrilli.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

**AND NOW,** this 2nd day of November, 2000, the Order of the Commonwealth Court is hereby AFFIRMED.

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Alma MACK, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 20, 2000.

Glen H. Ridenour II, Philadelphia, for petitioner.

### ORDER

PER CURIAM:

**AND NOW,** this 20th day of December, 2000, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Did the Superior Court err in affirming the trial court's denial of Petitioner's motion to suppress evidence seized as a result of the search of her luggage, based on the court's determination that Petitioner validly consented to the search of her luggage when, after confining her in the airport security office, the police told her that she could consent to an immediate search or they would get a warrant?